FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 MAY 15 AM 11:37

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00051 |
| Plaintiff, | JUDGE DLOTT |
| vs. | INFORMATION |
| RONALD LEWIS, | 18 U.S.C. § 641 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Theft of Public Money)**

From in or about May 2015, and continuing through in or about February 2020, in the Southern District of Ohio, the defendant, **RONALD LEWIS**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $55,088.

In violation of 18 U.S.C. § 641.

DAVID DEVILLERS
UNITED STATES ATTORNEY

TIMOTHY LANDRY (MA 669554)
SPECIAL ASSISTANT U.S. ATTORNEY